IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | |
| TANYA ANDERSON, ) | 07-00373-001 |
| ) | |
| Judgment Defendant, ) | |
| ) | |
| KOCH FOODS OF ALABAMA, ) | |
| ) | |
| Garnishee Defendant. ) | |
| ) | |

## AGREED FINAL ORDER OF GARNISHMENT

Upon joint motion of the parties for an Agreed Final Order of Garnishment filed December 2, 2010 (Doc. 23), it is ORDERED that the joint motion be GRANTED as set out below:

The parties having agreed and stipulated to the entry of a final order of Garnishment against the non-exempt wages of the judgment defendant, Tanya Anderson, it is ORDERED that the garnishee defendant, Koch Foods of Alabama, shall pay into the hands of the Clerk of Court, at least monthly, the **lesser** of:

1. $25 per week;

2. Twenty-five percent (25%) of judgment defendant's disposable earnings; or

3. All amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.

See 15 U.S.C. § 1673(a).

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. State Adjusted Gross Income Tax;
4. County Option Tax (if any).

It is FURTHER ORDERED that these sums are to be applied upon the judgment rendered in this cause in the sum of $7,744.00, upon which there is an unpaid balance of $6,999.00 as of November 22, 2010, plus interest at the rate of 0%. These deductions are to continue until the unpaid balance, plus accruing interest, if any, is fully paid and satisfied.

Checks should be made payable to:

CLERK OF COURT

and mailed to:

113 St. Joseph Street
Mobile, AL 36602

Ref: Tanya Anderson/07-373-001

Finally, this Order shall take effect after all prior orders of garnishment, if any, have been satisfied.

DONE this 7th day of December, 2010.

/s/ Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE